## CLERK'S MINUTES OF HEARING

HEARINGS BEFORE **HONORABLE KAREN B. MOLZEN**

TYPE OF HEARING **INITIAL PRESENTMENT**

**DEFENDANTS:**

**ANTHONY JOSEPH GARCIA**                                 CASE NO. 11CR1865
                                                                                     DATE & TIME: **7/14/11 @ 9:30 AM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**Fred Federici** AUSA                     Pro Se Ret-CJA-AFPD

**A Escobedo** PTS/PROB     * Interpreter

**DATE OF ARREST:**

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

FTR Cimarron
9:33 -            Ct - appear - Deft (rights)
and
9:55 - 9:59   Ct - appear - Deft
                        Federici
(5 mins)

**HEARING RESULTS/FINDINGS:**

**X**     First appearance of Defendant(s)

**X**     Defendant(s) advised of rights.

**X**     Government orally moves to detain and will file electronically w/attachments

**X**     Court appoints counsel

**X**     Detention/Preliminary set: 7/15/11 @ 9:30 a.m.

**X**     Defendant(s) remanded to custody

          Conditions of Release set:

          Other: