AO 442 (Rev. 01/09) Arrest Warrant

**FILED**
At Albuquerque NM

JUL 14 2011

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   11-CR-1865 JH |
| ANTHONY GARCIA | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTHONY GARCIA                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 331(b) and (k), and 333(a)(2): Adulteration of Food;
Count 2: 18 U.S.C. § 1001(a)(2): Statements or entries generally.

Date:  7/13/2011

_____
*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/13/11 , and the person was arrested on *(date)* 7/13/11
at *(city and state)* Albuquerque, NM          .

Date:  7/14/11

_____
*Arresting officer's signature*

Charles Grinstead - Special Agent
*Printed name and title*